# UNITED STATES COURT OF APPEALS FOR THE 10TH CIRCUIT

## Consent to Electronic Service

| | |
|---|---|
| AMANDA McDADE<br>Plaintiff-Appellant<br><br>v.<br><br>WESTON COUNTY HOSPITAL DISTRICT, d/b/a WESTON COUNTY HEALTH SERVICES<br>Defendant-Appellee | Case No.: 24-8031 |

I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal.

_Amanda McDade_
Name

_amandamcdade@protonmail.com_
Email Address

_Amanda McDade_
Signature

_September 10, 2024_
Date

Amanda McDole
P.O. Box 343
Newcastle, WY 82701

**CERTIFIED MAIL**

7015 0640 0002 1960 0988

Retail 
RDC 99

Scanned by US Marshal

Clerk's Office
U.S. Court of Appeals for the 10t
Byron White United States (
1823 Stout Street
Denver, CO 80257



U.S. POSTAGE PAID
FCM LG ENV
HULETT, WY 82720
SEP 12, 2024
$6.62
S2324N501711-1

Retail
80257
RDC 99

CERTIFIED MAIL
7015 0640 0002 1960 0988

Clerk's Office
U.S. Court of Appeals for the 10th Circuit
Byron White United States Court House
1823 Stout Street
Denver, CO 80257

Scanned by
US Marshal