UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE - PRO SE**

Amanda McDade
Plaintiff-Appellant,

v.

Weston County Hospital District,
d/b/a Weston County Health
Services Defendant-Appellee

Case No. 24-8031

I hereby notify the Clerk that I am appearing pro se as the

_____
(Appellant, Petitioner, Appellee or Respondent)

in this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the Clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify:

☑   All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

☐   There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

Amanda McDade
Signature

Amanda McDade
Name

P.O. Box 343
Mailing Address

Newcastle    WY    82701
City         State    Zip Code

186

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of the Pro Se Entry
        [date]
of Appearance Form to: _____

at _____

_____, the last known

address/email address, by _____.
                          [state method of service]

September 10, 2024
Date

*Amanda McDode*
Signature

---

## CERTIFICATE OF INTERESTED PARTIES

(attach additional pages if necessary)

187